IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANNY SANDERS, #141012 | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:11-cv-755-TMH |
| | ) | [wo] |
| ROBERT NIELSEN, *et. al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the Respondents and against the Petitioner, and that this action be and is hereby dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 4th day of December 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE